IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TRA DAMON TUDMON | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv156 |
| WARDEN, FCI BEAUMONT | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Tra Damon Tudmon filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the computation of his sentence. The district and division of incarceration is the proper venue for a Section 2241 petition. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999). As petitioner is incarcerated in Jefferson County, Texas, venue is proper in the Eastern District of Texas. *See* 28 U.S.C. § 124. However, as Jefferson County is located in the Beaumont Division rather than the Lufkin Division of this court, this matter should be transferred to the Beaumont Division. It is accordingly

**ORDERED** this petition for writ of habeas corpus is **TRANSFERRED** to the Beaumont Division of this Court.

SIGNED this 31st day of July, 2020.

_____
Zack Hawthorn
United States Magistrate Judge